**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Eugene Thomas, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-002304

---

**ON WRIT OF CERTIORARI**

---

Appeal from Greenville County
John C. Hayes, III, Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-031
Heard June 11, 2019 – Filed June 19, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Wanda H. Carter and Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General Benjamin Hunter Limbaugh, of Columbia, for Respondent.

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Eugene Thomas's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**